Gertrude E. JORDAN, Plaintiff—
Appellant,

v.

GENERAL CONFERENCE OF SEV-
ENTH–DAY ADVENTISTS, De-
fendant—Appellee.

No. 04–1385.

United States Court of Appeals,
Fourth Circuit.

Submitted July 28, 2004.

Decided Aug. 17, 2004.

Gertrude E. Jordan, Appellant pro se. H. Dean Bouland, Jr., Leslie John Williams, Jr., Bouland & Brush, L.L.C., Baltimore, Maryland, Lisa K. Burrow, General Conference of Seventh–Day Adventists, Silver Spring, Maryland, for Appellee.

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

PER CURIAM.

Gertrude E. Jordan appeals the district court's orders dismissing her discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Jordan v. General Conference of Seventh–Day Adventists,* No. CA–03–638–RWT (D.Md. Feb. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*